```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUZANNE FAHMY,

        Plaintiff,

-against-

DUANE READE, INC., DUANE READE INTERNATIONAL INC., ANTHONY CUTI AND JAMES RIZZO,

        Defendants.

Case No.: 05 Civ. 9479 (NRB)

FILED VIA ECF

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the undersigned attorneys for the parties that the above-entitled action shall be dismissed with prejudice on the merits, with each party to bear its own costs and attorney's fees, if any, pursuant to the terms of the Settlement Agreement and General Release dated **Sept. 8, 2006**, 2006:

Andrew J. _____, Esq. (AS- )
Attorney for Plaintiff
390 _____ Turnpike
Jericho, New York 11753
(516) ___-____

LITTLER MENDELSON, P.C.

_____ A. _____ (__-____)
Attorneys for Defendants
885 Third Avenue, 16th Floor
New York, New York 10022
(212) ___-____

SO ORDERED:

Dated: New York, New York

October 23, 2006

HON. NAOMI REICE BUCHWALD
United States District Judge

Firmwide:1370675.1 049444.1026